IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEY PORFIRIO BACA,

    Plaintiff,                               CV F 01 6433 AWI  WMW  P

  vs.                                    <u>ORDER RE MOTION (DOC 54 )</u>

DR. KELLEY,  et al.,

    Defendants.

       Plaintiff has requested an extension of time in which to file objections to the findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   July 18, 2005**                  **/s/  William M. Wunderlich**
j14hj0                                  UNITED STATES MAGISTRATE JUDGE

1