UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEY PORFIRIO BACA, | ) | 1:01-CV-06433-AWI-WMW-P |
| Plaintiff, | ) ) | FOURTH ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS |
| v. | ) ) | (DOCUMENT #56) |
| DR. KELLEY, | ) ) | |
| Defendant. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On August 22, 2005, plaintiff filed a motion for a fourth extension of time to file objections to the Magistrate's findings and recommendation of November 5, 2004. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   October 6, 2005**                        **/s/  William M. Wunderlich**
j14hj0                                                               UNITED STATES MAGISTRATE JUDGE